AO 440 (Rev. 10/93) Summons in a Civil Action

**ORIGINAL**

# United States District Court

United States District Court
Southern District of Texas
FILED

NOV 0 6 2000

Michael N. Milby
Clerk of Court

DISTRICT OF _____

CATHERINE DURIVAGE, on behalf of herself
and others similarly situated

**SUMMONS IN A CIVIL CASE**

V.

CASE NUMBER: **B-00-170**

THE HEARST CORPORATION, ET AL

TO: (Name and address of defendant)

TV Guide, Inc.
Registered Agent: The Corporation Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Michael R. Cowen
MICHAEL R. COWEN, P.C.
765 E. 7th Street, Suite A
Brownsville, Tx. 78520

an answer to the complaint which is herewith served upon you, within **twenty (20)** days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Michael N Milby, Clerk

CLERK

_October 24, 2000_
DATE

(BY) DEPUTY CLERK

ClibPDF - www.fastio.com





## OFFICERS RETURN OF SERVICE

**ORIGINAL**

CASE # B-00-170

COURT
Clt. Ref.#                    Clt.#   639

CATHERINE DURIVAGE, ON BEHALF OF HERSELF AND
OTHERS SIMILARLY SITUATED

VS

THE HEARST CORPORATION, ET. AL.

The documents came to our hand for service on 10/27/00  Time: 08:30:00

Documents received for service:

**FEDERAL SUMMONS IN A CIVIL CASE**

United States District Court
Southern District of Texas
FILED

NOV 0 6 2000

Michael N. Milby
Clerk of Court

The documents were delivered on 11/01/00  Time: 13:30:00

Executed at: 1209 Orange St.
              Wilmington, DE 19801

to the following: **Tv Guide, Inc., Reg. Agent: The Corporation Trust Company,**
                  **By Certified Mail 7099 3220 0001 2240 0081**
                  **Corporation Trust Center**

✓ ____ PERSONALLY delivering the document to the person above. *Certified mail*
____ SUBSTITUTE SERVICE per Order by delivering to _____ in person
     who is sixteen (16) years of age or older, at the above listed address which is the
     usual place of abode/business of the above named person.
____ POSTING per Order by securely affixing to the main entry way at the above address.

**AFFIDAVIT**

I, am over the age of eighteen, not a party to nor interested in the outcome of the above
suit, I have studied and am familiar with the TEXAS RULES OF CIVIL PROCEDURE, VERNON'S
TEXAS CIVIL STATUTES, CIVIL PRATICE AND REMEDIES CODE and all other applicable rules and
other applicable rules and statutes relating to service of citation and/or notices.

Service Fee: _____

Witness Fee Tendered: _____

Eddie M Gonzalez
Professional Civil Process Brownsville
700 Paredes Ave. Suite 208
Brownsville, Texas 78520

STATE OF TEXAS}

VERIFICATION

Before me, a notary public, on this day personally appeared the above named authorized
person known to me to be the person whose name is subscribed to the foregoing document
and, being by me first duly sworn declared that the statements therein contained are
true and correct.  Given my hand and seal of office this ___ day of _____ 2000.

NOTARY PUBLIC SIGNATURE

ABEL BETANCOURT JR
Notary Public
State of Texas
Comm. Exp. 03-10-2001

PCP INV.# R1000 128