AO 440 (Rev. 10/93) Summons in a Civil Action

**ORIGINAL**

# United States District Court

United States District Court
Southern District of Texas
FILED

NOV 0 8 2000

Michael N. Milby
Clerk of Court

DISTRICT OF ──────────

CATHERINE DURIVAGE, on behalf of herself
and others similarly situated

V.

THE HEARST CORPORATION, ET AL

## SUMMONS IN A CIVIL CASE

CASE NUMBER:

B-00-170

**TO:** (Name and address of defendant)

The Hearst Corporation
Registered Agent: CT Corporation System
                  111 Eighth Avenue
                  New York, NY 10011

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Michael R. Cowen
MICHAEL R. COWEN, P.C.
765 E. 7th Street, Suite A
Brownsville, Tx. 78520

an answer to the complaint which is herewith served upon you, within ___twenty (20)___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Michael N Milby, Clerk                                    October 24, 2000
─────────────────────────                                 ─────────────────────
CLERK                                                     DATE

_[signature]_
─────────────────────────
(BY) DEPUTY CLERK

## OFFICERS RETURN OF SERVICE

CASE # B-00-170  COURT
Clt. Ref.#                                Clt.#  639

CATHERINE DURIVAGE, ON BEHALF OF HERSELF AND
OTHERS SIMILARLY SITUATED

VS

THE HEARST CORPORATION, ET. AL.

The documents came to our hand for service on 10/27/00  Time: 08:30:00

Documents received for service:

**FEDERAL SUMMONS IN A CIVIL CASE**

The documents were delivered on **10/30/00  Time: 13:30:00**

Executed at: 111 Eighth Avenue
             New York,, NY 10011

to the following: **The Hearst Corporation, Reg. Agent: CT Corporation System
                  By Certified Mail 7099 3220 0001 2240 0050**

✓ PERSONALLY delivering the document to the person above. *Certified Mail*
___ SUBSTITUTE SERVICE per Order by delivering to _____ in person
    who is sixteen (16) years of age or older, at the above listed address which is the
    usual place of abode/business of the above named person.
___ POSTING per Order by securely affixing to the main entry way at the above address.

### AFFIDAVIT

I, am over the age of eighteen, not a party to nor interested in the outcome of the above
suit, I have studied and am familiar with the TEXAS RULES OF CIVIL PROCEDURE, VERNON'S
TEXAS CIVIL STATUTES, CIVIL PRATICE AND REMEDIES CODE and all other applicable rules and
other applicable rules and statutes relating to service of citation and/or notices.

Service Fee:_____

Witness Fee Tendered:_____

Eddie M Gonzalez
Professional Civil Process Brownsville
700 Paredes Ave. Suite 208
Brownsville, Texas 78520

STATE OF TEXAS }

### VERIFICATION

Before me, a notary public, on this day personally appeared the above named authorized
person known to me to be the person whose name is subscribed to the foregoing document
and, being by me first duly sworn declared that the statements therein contained are
true and correct. Given my hand and seal of office this ___ day of _____ 2000.

NOTARY PUBLIC SIGNATURE

ABEL BETANCOURT JR
Notary Public
State of Texas
Comm. Exp. 03-10-2001

PCP Inv.# R1000 125

**SENDER:**
- Complete items 1 and/or 2 for additional services.
- Complete items 3, and 4a & b.
- Print your name and address on the reverse of this form so that we can return this card to you.
- Attach this form to the front of the mailpiece, or on the back if space does not permit.
- Write "Return Receipt Requested" on the mailpiece below the article number.
- The Return Receipt Fee will provide you the signature of the person delivered to and the date of delivery.

I also wish to receive the following services (for an extra fee):
1. ☐ Addressee's Address
2. ☐ Restricted Delivery

Consult postmaster for fee.

3. Article Addressed to:
The Hearst Corporation
Registered Agent
C.T. Corporation System
111 Eighth Avenue
New York, NY 10011

4a. Article Number
7099 3220 0001 2240 0050

4b. Service Type
☐ Registered   ☐ Insured
☒ Certified    ☐ COD
☐ Express Mail ☐ Return Receipt for Merchandise

5. Signature (Addressee)
Maheda Wong

6. Signature (Agent)

7. Date of Delivery
10/30/00

8. Addressee's Address (Only if requested and fee is paid)

PS Form 3811, November 1990   *U.S. GPO: 1991-287-066   **DOMESTIC RETURN RECEIPT**

---

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

Article Sent To:
The Hearst Corp. Reg. Agent C.T. Corp System

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 3.4 |

Postmark Here: BROWNSVILLE, TX   OCT 27 2000   USPS 78522-9998

Name (Please Print Clearly) (To be completed by mailer)
THE HEARST CORP, Reg Agent CT CORP System

Street, Apt. No.; or PO Box No.
111 Eighth Avenue

City, State, ZIP+4
New York NY 10011

7099 3220 0001 2240 0050

PS Form 3800, July 1999   See Reverse for Instructions