# United States District Court

──────── DISTRICT OF ────────

CATHERINE DURIWAGE, on behalf of herself
and others similarly situated

SUMMONS IN A CIVIL CASE

V.

CASE NUMBER:

THE HEARST CORPORATION, ET AL

**B-00-170**

United States District Court
Southern District of Texas
FILED

NOV 0 9 2000

Michael N. Milby
Clerk of Court

TO: (Name and address of defendant)

Primedia, Inc.
Registered Agent: The Corporation Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington, DE  19801

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Michael R. Cowen
MICHAEL R. COWEN, P.C.
765 E. 7th Street, Suite A
Brownsville, Tx. 78520

an answer to the complaint which is herewith served upon you, within ___twenty (20)___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Michael N Milby, Clerk

_____          October 24, 2000
CLERK                               DATE

_____
(BY) DEPUTY CLERK

# OFFICERS RETURN OF SERVICE

CASE # B-00-170  
COURT  
Clt. Ref.#              Clt.#   639

CATHERINE DURIVAGE, ON BEHALF OF HERSELF AND  
OTHERS SIMILARLY SITUATED

VS

**ORIGINAL**

THE HEARST CORPORATION, ET. AL.

The documents came to our hand for service on 10/27/00   Time: 08:30:00

Documents received for service:

**FEDERAL SUMMONS IN A CIVIL CASE**

The documents were delivered on **10/31/00**   **Time: 13:30:00**

Executed at: 1209 Orange St.  
              Wilmington, DE 19801

to the following: **Primedia, Inc., Reg. Agent: The Corporation Trust Company,**  
                  **By Certified Mail 7099 3220 0001 2240 0104**  
                  **Corporation Trust Center**

✓ PERSONALLY delivering the document to the person above *Certified Mail*  
___ SUBSTITUTE SERVICE per Order by delivering to _____ in person who is sixteen (16) years of age or older, at the above listed address which is the usual place of abode/business of the above named person.  
___ POSTING per Order by securely affixing to the main entry way at the above address.

**AFFIDAVIT**

I, am over the age of eighteen, not a party to nor interested in the outcome of the above suit, I have studied and am familiar with the TEXAS RULES OF CIVIL PROCEDURE, VERNON'S TEXAS CIVIL STATUTES, CIVIL PRATICE AND REMEDIES CODE and all other applicable rules and other applicable rules and statutes relating to service of citation and/or notices.

Service Fee: _____  

Witness Fee Tendered: _____

Eddie M Gonzalez  
Professional Civil Process Brownsville  
700 Paredes Ave. Suite 208  
Brownsville, Texas 78520

STATE OF TEXAS}

VERIFICATION

Before me, a notary public, on this day personally appeared the above named authorized person known to me to be the person whose name is subscribed to the foregoing document and, being by me first duly sworn declared that the statements therein contained are true and correct. Given my hand and seal of office this ___ day of _____ 2000.

NOTARY PUBLIC SIGNATURE

ABEL BETANCOURT JR  
Notary Public  
State of Texas  
Comm. Exp. 03-10-2001

PCP Inv.# R1000 130

**SENDER:**
- Complete items 1 and/or 2 for additional services.
- Complete items 3, and 4a & b.
- Print your name and address on the reverse of this form so that we can return this card to you.
- Attach this form to the front of the mailpiece, or on the back if space does not permit.
- Write "Return Receipt Requested" on the mailpiece below the article number.
- The Return Receipt Fee will provide you the signature of the person delivered to and the date of delivery.

I also wish to receive the following services (for an extra fee):
1. ☐ Addressee's Address
2. ☐ Restricted Delivery

Consult postmaster for fee.

3. Article Addressed to:
Primedia, Inc.
Registered Agent:
The Corporation Trust Co.
1209 Orange Street
Wilmington, DE 19801

4a. Article Number
7099 3220 0001 2240 0104

4b. Service Type
☐ Registered   ☐ Insured
☒ Certified    ☐ COD
☐ Express Mail ☐ Return Receipt for Merchandise

7. Date of Delivery
10-31-00

5. Signature (Addressee)
Joanne A. Mayné

6. Signature

8. Addressee's Address (Only if requested and fee is paid)

PS Form 3811, November 1990   ☆U.S. GPO: 1991—287-066   DOMESTIC RETURN RECEIPT

---

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

Article Sent To:
Primedia, Inc.

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 3. |

BROWNSVILLE, TX
OCT 27 2000
Postmark Here
USPS 78522-9998

Name (Please Print Clearly) (To Be completed by mailer)  Reg. Agent
THE CORPORATION TRUST COMPANY
Street, Apt. No.; or PO Box No.
TRUST CENTER 1209 ORANGE STREET
City, State, ZIP+4
WILMINGTON DE 19801

7099 3220 0001 2240 0104

PS Form 3800, July 1999          See Reverse for Instructions