AO 440 (Rev. 10/93) Summons in a Civil Action

ORIGINAL 7

# United States District Court

_____ DISTRICT OF _____

CATHERINE DURIVAGE, on behalf of herself
and others similarly situated

V.

THE HEARST CORPORATION, ET AL

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: B-00-170

United States District Court
Southern District of Texas
FILED

NOV 14 2000

Michael N. Milby
Clerk of Court

TO: (Name and address of defendant)

The Reader's Digest Association, Inc.
Registered Agent: The Prentice Hall Corporation System
1013 Centre Road
Wilmington, DE 19805

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Michael R. Cowen
MICHAEL R. COWEN, P.C.
765 E. 7th Street, suite A
Brownsville, Tx. 78520

an answer to the complaint which is herewith served upon you, within ___twenty (20)___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Michael N Milby, Clerk
CLERK

_October 24, 2000_
DATE

_[signature]_
(BY) DEPUTY CLERK

## OFFICERS RETURN OF SERVICE

CASE # B-00-170                           COURT
                                          Clt. Ref.#                    Clt.#   .639

CATHERINE DURIVAGE, ON BEHALF OF HERSELF AND
OTHERS SIMILARLY SITUATED

VS

THE HEARST CORPORATION, ET. AL.

The documents came to our hand for service on 10/27/00   Time: 08:30:00

Documents received for service:

**FEDERAL SUMMONS IN A CIVIL CASE**

The documents were delivered on **11/07/00**   Time: **13:30:00**

Executed at: 1013 Centre Road
             Wilmington, DE 19805

to the following: **The Reader's Digest Associationinc.,Reg. Agent: The Prentice
                   Hall Corp.Sytem By Certified Mail 7099 3220 0001 2240 0074**

__✓__ PERSONALLY delivering the document to the person above. *Certified mail*
____ SUBSTITUTE SERVICE per Order by delivering to _____ in person
     who is sixteen (16) years of age or older, at the above listed address which is the
     usual place of abode/business of the above named person.
____ POSTING per Order by securely affixing to the main entry way at the above address.

                                          Eddie M Gonzalez

### AFFIDAVIT

I, am over the age of eighteen, not a party to nor interested in the outcome of the above
suit, I have studied and am familiar with the TEXAS RULES OF CIVIL PROCEDURE, VERNON'S
TEXAS CIVIL STATUTES, CIVIL PRATICE AND REMEDIES CODE and all other applicable rules and
other applicable rules and statutes relating to service of citation and/or notices.

                                          Eddie M Gonzalez
Service Fee:_____                    Professional Civil Process Brownsville
                                          700 Paredes Ave. Suite 208
Witness Fee Tendered:_____             Brownsville, Texas 78520

STATE OF TEXAS}
                              VERIFICATION

Before me, a notary public, on this day personally appeared the above named authorized
person known to me to be the person whose name is subscribed to the foregoing document
and, being by me first duly sworn declared that the statements therein contained are
true and correct.  Given my hand and seal of office this _13_ day of _Nov_ 2000.

                ABEL BETANCOURT JR
                Notary Public            NOTARY PUBLIC SIGNATURE
                State of Texas
                Comm. Exp. 03-10-2001

ClibPDF - www.fastio.com

**SENDER:**
- Complete items 1 and/or 2 for additional services.
- Complete items 3, and 4a & b.
- Print your name and address on the reverse of this form so that we can return this card to you.
- Attach this form to the front of the mailpiece, or on the back if space does not permit.
- Write "Return Receipt Requested" on the mailpiece below the article number.
- The Return Receipt Fee will provide you the signature of the person delivered to and the date of delivery.

I also wish to receive the following services (for an extra fee):
1. ☐ Addressee's Address
2. ☐ Restricted Delivery

Consult postmaster for fee.

3. Article Addressed to:
The Reader's Digest Association
Registered Agent:
The Prentice Hall Corp System
1013 Centre Road
Wilmington DE 19805

4a. Article Number: 7099 3220 0001 2240 0074

4b. Service Type:
☐ Registered   ☐ Insured
☒ Certified    ☐ COD
☐ Express Mail ☐ Return Receipt for Merchandise

7. Date of Delivery: 11/7/00

5. Signature (Addressee)

6. Signature (Agent): Judith C. Harbaugh

8. Addressee's Address (Only if requested and fee is paid)

PS Form 3811, November 1990   ☆U.S. GPO: 1991-287-066   **DOMESTIC RETURN RECEIPT**

---

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only: No Insurance Coverage Provided)

Article Sent To: The Reader's Digest Association Inc

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 3.42 |

Postmark: BROWNSVILLE, TX   OCT 27 2000   USPS 78522-9998

7099 3220 0001 2240 0074

Name (Please Print Clearly) (To be completed by mailer): Reg Agent
THE PRENTICE HALL CORP SYSTEM
Street, Apt. No.; or PO Box No.: 1013 CENTRE ROAD
City, State, ZIP+4: WILMINGTON DE 19805

PS Form 3800, July 1999   See Reverse for Instructions