9

United States District Court
Southern District of Texas
ENTERED

DEC 0 8 2000

Michael N. Milby, Clerk of Court
By Deputy Clerk

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# BROWNSVILLE DIVISION

| | | |
|---|---|---|
| Catherine Duverage, on behalf of herself and others similarly situated, | § § § | |
| Plaintiff, | § § | |
| v. | § | CIVIL ACTION NO. B-00-170 |
| The Hearst Corp., et al., | § § | |
| Defendants. | § § | |

## ORDER

BE IT REMEMBERED, that on December 7, 2000 the Court **ORDERED** the Plaintiff to submit an amended unopposed motion to transfer that contains the signatures of all the Defendants. The signatures of the Defendants should indicate that they consent to the transfer of this proceeding to the District Court for the Southern District of New York pursuant to 28 U.S.C. § 1404. The Court will promptly transfer this lawsuit upon receiving the amended motion.

DONE at Brownsville, Texas, this 7th day of December 2000.

Hilda G. Tagle
United States District Judge