10

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JAN 1 6 2001

Michael N. Milby
Clerk of Court

| | |
|---|---|
| CATHERINE DURIVAGE, on behalf of herself and all others similarly situated, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) ) |
| THE HEARST CORPORATION; TIME, INC.; THE CONDÉ NAST PUBLICATIONS, INC.; THE READER'S DIGEST ASSOCIATION, INC.; TV GUIDE, INC.; MEREDITH CORPORATION; GRUNER + JAHR PRINTING & PUBLISHING COMPANY; RODALE PRESS, INC.; ZIFF-DAVIS INC.; NEWSWEEK, INC.; INTERNATIONAL DATA GROUP, INC.; PRIMEDIA, INC.; and MAGAZINE PUBLISHERS OF AMERICA, | ) ) ) ) ) ) ) ) ) ) ) ) |
| Defendants. | ) ) |

No. B-00-170

(Hon. Hilda G. Tagle)

## MOTION TO APPEAR AS ATTORNEY-IN-CHARGE

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

James R. Anderson hereby respectfully requests admission pro hac vice to this Court for the sole and limited purpose of representing defendants in connection with the parties' Amended Joint Motion to Transfer Venue, and in support thereof states:

1. I am an associate with McDermott, Will & Emery, counsel for defendant Magazine Publishers of America and coordinating counsel for all defendants named in this action.

2. I am a member in good standing of the Bar of the State of New York and of the United States District Courts for the Eastern and Southern Districts of New York. I have never been censured, suspended or disbarred in or by any court. I have never been held in contempt of court, nor has any disciplinary proceeding ever been brought against me as a member of the bar in any jurisdiction.

3. I have not previously sought admission to practice, nor have I appeared in any capacity, before this Court.

A proposed order is attached.

Respectfully submitted,

McDERMOTT, WILL & EMERY

By: _____
James R. Anderson
50 Rockefeller Plaza
New York, New York 10020
Telephone: (212) 547-5400
Facsimile: (212) 547-5444

ATTORNEYS FOR DEFENDANT MAGAZINE PUBLISHERS OF AMERICA and COORDINATING COUNSEL FOR DEFENDANTS THE HEARST CORPORATION, TIME, INC., THE CONDÉ NAST PUBLICATIONS, INC., THE READER'S DIGEST ASSOCIATION, INC., TV GUIDE, INC., MEREDITH CORPORATION, GRUNER + JAHR PRINTING & PUBLISHING COMPANY, RODALE PRESS, INC., ZIFF-DAVIS INC., NEWSWEEK, INC., INTERNATIONAL DATA GROUP, INC. and PRIMEDIA, INC.

DATED: January 12, 2001

## AFFIDAVIT OF SERVICE

JAMES R. ANDERSON, being duly sworn, deposes and says:

1. I am over the age of eighteen (18) years and am not a party to this action. I reside in Westchester County, New York.

2. On January 12, 2001, I served by overnight courier a true and correct copy of the foregoing Motion to Appear as Attorney-in-Charge on:

> Michael R. Cowen, Esq.
> Law Offices of Michael R. Cowen, P.C.
> 765 E. 7th Street, Suite A
> Brownsville, Texas 78520

James R. Anderson

Sworn to before me this
twelfth day of January, 2001

_____
Notary Public

KEVIN J. BRASSIL
Notary Public, State of New York
No. 31-5018311
Qualified in New York County
Certificate Filed in New York County
Commission Expires September 27, 20__

NYK 684384-1.031950.0032