UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JAN 1 6 2001

Michael N. Milby
Clerk of Court

| | |
|---|---|
| CATHERINE DURIVAGE, on behalf of herself ) and all others similarly situated, ) )                            Plaintiffs, ) ) v. ) ) THE HEARST CORPORATION; TIME, INC.; ) THE CONDE NAST PUBLICATIONS, INC.; ) THE READER'S DIGEST ASSOCIATION, ) INC.; TV GUIDE, INC.; MEREDITH ) CORPORATION; GRUNER +JAHR ) PRINTING & PUBLISHING COMPANY; ) RODALE PRESS, INC.; ZIFF-DAVIS INC.; ) NEWSWEEK, INC.; INTERNATIONAL ) DATA GROUP, INC.; PRIMEDIA, INC.; and ) MAGAZINE PUBLISHERS OF AMERICA, ) )                            Defendants. ) ) | No. B-00-170 |

**AMENDED JOINT MOTION TO TRANSFER VENUE**

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

Pursuant to 28 U.S.C. § 1404, for the convenience of the parties and witnesses and in the interest of justice, the parties herein respectfully request that this action be transferred to the U.S. District Court for the Southern District of New York for consolidation with 22 substantially similar consolidated class actions pending there against the same defendants, styled *In re Magazine Antitrust Litigation*, 00 Civ. 4889 (filed June 30, 2000) before the Honorable Richard Conway Casey, United States District Judge. All defendants consent to the proposed transfer, and this amended motion is being submitted as directed by the Court. Therefore, the parties respectfully request that the Court

1

grant this motion to transfer and enter an order in the form proposed herein and grant such other and further relief to which they may be entitled.

        Respectfully submitted,

        LAW OFFICES OF MICHAEL R. COWEN, P.C.

        By: _____
          Michael R. Cowen
          State Bar No. 00795306
          Southern District of Texas No. 19967
          765 E. Street, Suite A
          Brownsville, Texas 78520
          Telephone: (956) 541-4981
          Facsimile: (956) 504-3674

        SCHIRRMEISTER AJAMIE, L.L.P.
        Thomas R. Ajamie
        State Bar No. 00952400
        Southern District of Texas No. 6165
        Andrew C. Schirrmeister III
        State Bar No. 17750650
        Southern District of Texas No. 5546
        Pennzoil Place – South Tower
        Houston, Texas 77002
        Telephone: (713) 860-1600
        Facsimile: (713) 860-1699

        KELLER ROHRBACK, L.L.P.
        Lynn L. Sarko
        Michael D. Woerner
        Mark A. Griffin
        1201 Third Avenue, Suite 3200
        Seattle, Washington 98101
        Telephone: (206) 623-1900
        Facsimile: (206) 623-3384

        Counsel for Plaintiff

        McDERMOTT, WILL & EMERY

        By _____
          James R. Anderson
          50 Rockefeller Plaza
          New York, New York 10020-1605
          Telephone: (212) 547-5400
          Facsimile: (212) 547-5435

        On behalf of All Defendants