/2

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

JAN 2 5 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| Catherine Duverage, on behalf of herself and others similarly situated, | § § § | |
| Plaintiff, | § § | |
| v. | § § | CIVIL ACTION NO. B-00-170 |
| The Hearst Corp., et al., | § § | |
| Defendants. | § § | |

## ORDER

BE IT REMEMBERED, that on January 24, 2001 the Court **GRANTED** James R. Anderson's Motion to Appear as Attorney-in-Charge for all Defendants [Dkt. No. 10]. The Parties have advised the Court that there are twenty-two consolidated class actions, styled In re Magazine Antitrust Litigation, 00 Civ. 4889, pending in the Southern District of New York before the Honorable Richard Conway Casey. The Parties have filed an Amended Joint Motion to Transfer Venue [Dkt. No. 11] requesting that this case be transferred to the Southern District of New York because it is substantially similar to the consolidated cases pending before that court. The Court therefore **TRANSFERS** this proceeding to the District Court for the Southern District of New York pursuant to 28 U.S.C. § 1404.

DONE at Brownsville, Texas, this 24th day of January 2001.

Hilda G. Tagle
United States District Judge